# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff/Respondent,

                                           CASE NO. 01-80967
                                                       05-72434
v.                                              HON.  LAWRENCE  P.  ZATKOFF

D-1 DONALD SISTRUNK,

        Defendant/Petitioner.
_____/

## **JUDGMENT**

       IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order dated June 22, 2006, and Magistrate Judge Pepe's Report and Recommendation dated May 30, 2006, Petitioner's cause of action is DISMISSED WITH PREJUDICE.

       Dated at Detroit, Michigan, this  22nd  day of  June, 2006.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT
                               BY:    s/Marie E. Verlinde

APPROVED:


s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE




S:\Zatkoff\Bloomfield Files\Order\05-72434.sistrunk.judgment.wpd